## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORETTA QUICK, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>CREDIT CONTROL SERVICES, INC., d/b/a CREDIT COLLECTION SERVICES,<br><br>  Defendant. | Case No.: 3:17-cv-01129-WWE<br>Hon. Judge Warren W. Eginton |

## STIPULATION TO VACATE DEFAULT AND PERMIT ANSWER

Plaintiff, Loretta Quick ("Plaintiff") and Defendant Credit Control Services, Inc. d/b/a Credit Collection Services ("CCS"), through their undersigned counsel, hereby stipulate and agree that the Clerk's Order Granting Plaintiff's Motion for Default Entry should be set aside and vacated. The parties also stipulate and agree that CCS shall have through and including March 29, 2018 to file its answer to Plaintiff's Complaint.

Stipulated and Agreed:

| | |
|---|---|
| /s/ Sergei Lemberg<br>Sergei Lemberg<br>LEMBERG LAW LLC<br>43 Danbury Road, 3rd Floor<br>Wilton, CT 06897<br>Tel: (203) 653-2250<br>Fax: (203) 653-3424<br>slemberg@lemberglaw.com | /s/ Sabato P. Fiano<br>Sabato P. Fiano<br>Zeldes, Needle & Cooper, P.C.<br>1000 Lafayette Boulevard<br>Bridgeport, CT 06604<br>Tel: (203) 333-9441<br>Fax: (203) 333-1489<br>sfiano@znclaw.com |

Dated: March 28, 2018

## CERTIFICATE OF SERVICE

      I hereby state that on March 28, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                  /s/ Sabato P. Fiano
                                                  Sabato P. Fiano